

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| U.S. FUTURES EXCHANGE, L.L.C., and U.S. EXCHANGE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRADE OF THE CITY OF CHICAGO, INC., and CHICAGO MERCANTILE EXCHANGE INC., <br><br> Defendants. | Civil No. 1:04-CV-6756 <br><br> Hon. James B. Zagel |

### FIRST AMENDMENT TO AGREED PROTECTIVE ORDER

WHEREAS, on July 6, 2006, the parties' agreed Protective Order (Dkt. No. 137) was entered by the Court; and

WHEREAS, the parties wish to change the in-house counsel of the parties who are authorized to have access to information designated as "Confidential and Lawyers Only" under the Protective Order.

NOW THEREFORE, it is hereby ORDERED that the agreed Protective Order is amended as follows:

(1) In Paragraph 11.B.1, Dr. Matthias Stötzel and Christophe de Courten shall replace Ekkehard Jaskulla and Roger Müller; and

(2) In Paragraph 11.B.2 and 11.B.3, Kathleen Cronin and John Marchese shall replace Kevin O'Hara, Terrance Livingston, and Matthew F. Kluchenek.

DATED: October 2, 2014

James B. Zagel
United States District Judge

STIPULATED AND AGREED:

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard
Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr., Ste. 500
Chicago, IL 60601-5094
Phone: (312) 324-1780
Facsimile: (312) 324-1001

William P. Quinn, Jr. (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: (215) 963-5000
Facsimile: (215) 963-5001

Scott A. Stempel (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Plaintiffs,*
*U.S. Futures Exchange, L.L.C. and*
*U.S. Exchange Holdings, Inc.*

/s/ Albert L. Hogan III
Albert L. Hogan III
Jerrold E. Salzman
Albert L. Hogan III
Gretchen Maria Wolf
Jason T. Manning
Skadden Arps
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Phone: (312) 407-0700
Fax: (312) 407-0411

*Attorneys for Defendants,*
*Chicago Mercantile Exchange, Inc. and*
*Board of Trade of the City of Chicago*