# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Futures Exchange, L.L.C., et al.

                                     Plaintiff,

v.                                                                 Case No.: 1:04–cv–06756
                                                                    Honorable James B. Zagel

Board of Trade of the City of Chicago, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2015:

      MINUTE entry before the Honorable James B. Zagel: In court hearing held. Parties shall submit briefing as stated on the record. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.