# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Futures Exchange, L.L.C., et al.

                                                  Plaintiff,

v.                                                      Case No.: 1:04–cv–06756

                                                         Honorable James B. Zagel

Board of Trade of the City of Chicago, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2015:

       MINUTE entry before the Honorable James B. Zagel: Motion hearing held. Plaintiffs' Motion for an Extension of Time [545] is granted in part. Plaintiffs shall respond to Defendants' Motion for Summary Judgment on or before 1/15/16 and Defendants shall reply on or before 2/26/16. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.