# Morgan Lewis

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel. +1.312.324.1000
Fax: +1.312.324.1001
www.morganlewis.com

**Kenneth M. Kliebard**
Partner
+1.312.324.1774
kkliebard@morganlewis.com

December 3, 2015

<u>Via Hand Delivery & E-Filing</u>

Honorable James B. Zagel
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street, Chambers 2588
Chicago, IL 60604

      Re:    *U.S. Futures Exchange, L.L.C. v. Board of Trade of the City of Chicago*
              Case No. 1:04-CV-6756

Dear Judge Zagel:

    I represent Plaintiffs in this case. When we were last in court, on November 10, 2015, your Honor requested that we provide notice to the Court in the event Plaintiffs decided to pursue a mandamus petition. Our clients have decided to pursue that relief, and we will likely file that petition tomorrow. Of course, we will provide a copy to your Honor.

                                     Respectfully submitted,

                                       Kenneth M. Kliebard

KMK/h

cc:    Albert L. Hogan, III (via E-Filing)
        Jason T. Manning (via E-Filing)
        Jerold E. Salzman (via E-Filing)