# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 14, 2015

*Before*

DIANE P. WOOD, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| No. 15-3705 | IN RE: U.S. FUTURES EXCHANGE, L.L.C. and U.S. EXCHANGE HOLDINGS, INC., Petitioners |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:04-cv-06756  District Judge James B. Zagel ||

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1651 AND REQUEST FOR TEMPORARY STAY PENDING DECISION**, filed on December 4, 2015, by counsel for the petitioners,

**IT IS ORDERED** that the petition for a writ of mandamus and request for a temporary stay are **DENIED**.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J** (form ID: **177**)